**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ALMANOSTA BARTHELEMY,

                    Plaintiff,            18 **CIVIL** 12236 (ER) (JLC)

-against-                       **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                    Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated March 31, 2020, the Court has carefully reviewed Judge Cott's thorough and well-reasoned R&R and finds no error, clear or otherwise; Accordingly, the R&R is adopted in its entirety; the Commissioner's Rule 12(c) motion is granted, and Barthelemy's is denied, and the case is closed.

**Dated:** New York, New York
         March 31, 2020

                                                      **RUBY J. KRAJICK**
                                             _____
                                                    **Clerk of Court**
                              **BY:**    _____
                                                      **Deputy Clerk**